UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62576-CIV-SMITH

MICHAEL LOPEZ,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
_____/

**ORDER STAYING CASE**

On January 25, 2022, the Court entered an Order to Show Cause [DE 7], directing the parties to show cause why this case should not be stayed pending the Eleventh Circuit's *en banc* rehearing in *Hunstein v. Preferred Collection & Management Services, Inc.* On January 31, 2022, the parties filed a Joint Response [DE 8], indicating that the parties do not oppose staying the case pending the outcome of the Eleventh Circuit's *en banc* rehearing. Accordingly, it is

**ORDERED** that:

1. This case is **STAYED** until further order of the Court.

2. Within fourteen (14) days after the Eleventh Circuit issues its decision in *Hunstein*, the parties shall file a motion to lift this stay.

3. All pending motions not otherwise ruled upon are **TERMINATED**. Within ten (10) days of the stay being lifted, a party may request that any such motion be reinstated.

4. This case is **administratively CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 23rd day of February, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record